1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-04-0437 LKK |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| ALFONSO ESQUIVEL-VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for a status conference on April 12, 2005, at 9:30 A.M.  The United States was represented by Assistant Jason Hitt; the defendant was represented by newly-appointed counsel Gilbert Roque, Esq.  The defendant was present in custody and utilized the services of a previously-sworn Spanish-language interpreter.

Mr. Roque indicated to the court that he is a new attorney on the case and needed time to become familiar with the case. Mr. Hitt joined defense's counsel request for additional time to obtain new counsel for the defendant.  The parties asked that the matter be set for a further status conference and that time be excluded under the Speedy Trial Act from April 12, 2005, until

1

1  the time of the next status conference.
2      Based upon the representations by counsel and the
3  stipulation of the parties, the court ordered that a further
4  status conference be held on May 10, 2005, at 9:30 A.M. and time
5  be excluded time under those provisions of the Speedy Trial Act
6  relating to reasonable time to prepare.  18 U.S.C.
7  § 3161(h)(8)(B)(iv); Local Code T4.  The court directed
8  government counsel to prepare a formal order.
9      Therefore, **IT IS HEREBY ORDERED** that:
10     1.   Status Conference is set for May 10, 2005, at 9:30
11 A.M.;
12     2.   Based upon the above representations and stipulation of
13 the parties, the court finds that the ends of justice outweigh
14 the best interest of the public and the defendant in a speedy
15 trial.  Accordingly, time under the Speedy Trial Act shall be
16 excluded through May 10, 2005.
17
18     IT IS SO ORDERED.
19 Date: _April 27, 2005_____
20                           /s/Lawrence K. Karlton
                             LAWRENCE K. KARLTON
21                           SENIOR DISTRICT COURT JUDGE