```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   CR. S-04-0437 LKK
         Plaintiff,          )
                             )   ORDER FOLLOWING STATUS
                             )   CONFERENCE
     v.                      )
                             )
ALFONSO ESQUIVEL-VALENCIA,   )
                             )
         Defendant.          )
_____)
```

This matter came before the court for a status conference on May 10, 2005, at 9:30 A.M. The United States was represented by Assistant U.S. Attorney Jason Hitt; the defendant was represented by appointed counsel Gilbert Roque, Esq. The defendant was present in custody and utilized the services of a previously-sworn Spanish-language interpreter.

Mr. Roque indicated to the court that he needed additional time to become familiar with the case and consult with his client about a plea agreement that had been received in the case. Mr. Hitt joined defense's counsel request for additional time for preparation of counsel. The parties asked that the matter be set for a further status conference and that time be excluded under

the Speedy Trial Act from May 10, 2005, until the time of the next status conference.

Based upon the representations by counsel and the stipulation of the parties, the court ordered that a further status conference be held on June 1, 2005, at 9:30 A.M. and time be excluded time under those provisions of the Speedy Trial Act relating to reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The court directed government counsel to prepare a formal order.

Therefore, **IT IS HEREBY ORDERED** that:

1. Status Conference is set for June 1, 2005, at 9:30 A.M.;

2. Based upon the above representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 1, 2005.

IT IS SO ORDERED.

Date: May 12, 2005_____

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR DISTRICT COURT JUDGE