```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>ALFONSO ESQUIVEL-VALENCIA,    )<br>                              )<br>          Defendant.          )<br>_____) | CR. S-04-0437 LKK<br><br>ORDER FOLLOWING STATUS<br>CONFERENCE |

    This matter came before the court for a status conference on June 1, 2005, at 9:30 A.M.  The United States was represented by Assistant U.S. Attorney Jason Hitt; the defendant was represented by appointed counsel Gilbert Roque, Esq.  The defendant was present in custody and utilized the services of a previously-sworn Spanish-language interpreter.

    Mr. Roque indicated to the court that additional time was needed to allow the parties to continue negotiating a resolution in this case.  Specifically, Mr. Roque stated that he was in discussion with the prosecutor regarding an issue under the defendant's adjusted offense level under the United States Sentencing Guidelines.  Mr. Hitt joined defense's counsel request

1

1  for additional time for preparation of counsel.  The parties
2  asked that the matter be set for a further status conference and
3  that time be excluded under the Speedy Trial Act from June 7,
4  2005, until the time of the next status conference.
5      Based upon the representations by counsel and the
6  stipulation of the parties, the court ordered that a further
7  status conference be held on June 7, 2005, at 9:30 A.M. and time
8  be excluded time under those provisions of the Speedy Trial Act
9  relating to reasonable time to prepare.  18 U.S.C.
10 § 3161(h)(8)(B)(iv); Local Code T4.  The court directed
11 government counsel to prepare a formal order.
12      Therefore, **IT IS HEREBY ORDERED** that:
13      1.  Status Conference is set for June 7, 2005, at 9:30
14 A.M.;
15      2.  Based upon the above representations and stipulation of
16 the parties, the court finds that the ends of justice outweigh
17 the best interest of the public and the defendant in a speedy
18 trial.  Accordingly, time under the Speedy Trial Act shall be
19 excluded through June 7, 2005.
20
21      IT IS SO ORDERED.
22 Date: _June 7, 2005.
                                /s/Lawrence K. Karlton
23                              LAWRENCE K. KARLTON
                                SENIOR DISTRICT COURT JUDGE
24
25
26
27
28